FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

APR - 9 2015

CHRISTOPHER A. PRINE

CLERK

CAUSE NO 01-15-00066-CV

IN THE

FIRST COURT OF APPEALS

HARRIS COUNTY TEXAS

PATRICK OLAJIDE AKINWAMIDE

APPELLANT

V

TRANSPORTATION INSURANCE COMPANY

CNA INSURANCE COMPANY AND

AUTOMATIC DATA PROCESSING INC.

APPELLEES

FROM THE 80TH DISTRICT COURT

OF HARRIS COUNTY, TEXAS

MOTION FOR AN ORDER TO SUBPOENA MICHELLE TUCKER, THE OFFICIAL COURT REPORTER, 80TH DISTRICT COURT, HARRIS COUNTY, TEXAS FOR THE ACTUAL, CORRECT, AND TRUE TRANSCRIPTS OF SHOW CAUSE HEARING IN CAUSE NO. 97-48526 ON OCTOBER 24, 2014

PATRICK OLAJIDE AKINWAMIDE, PROSE

2151 SOUTH KIRKWOOD ROAD, #295

HOUSTON, TEXAS 77077

(832) 620-9345

1

For the reasons stated above, appellant requests the Honorable First Court of Appeals to issue an order of subpoena or give the appellant order to subpoena the Show Causes' Hearing transcript from Ms. Michelle Tucker.

Respectfully submitted,

Patrick Olajide Akinwamide

2151 S. Kirkwood Road, Apt. #295

Houston, Texas 77077

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the forgoing instrument was delivered via certified mail, return receipt requested or hand delivered to all counsels of record on this the 9th day of April 2015.

Michelle Tucker
Official Court Reporter
80th District Court
201 Caroline, Rm 915
Houston, Texas 77002

Hon. Lawrence Weiman
Judge 80th District Court
201 Caroline
Houston, Texas 77002

Harris County District Clerk
Civil/Family Post Trial
201 Caroline, 2nd Floor
Houston, Texas 77002

Mr. Jeffrey L. Diamond
TX Bar No. 058025000
1010 San Jacinto Street
Houston, Texas 77002
Attorney of Record for Transportation Insurance Company, CNA Insurance Company and Automatic Data Processing Inc.

Patrick Olajide Akinwamide, ProSe
2151 S. Kirkwood Rd., Apt. 295
Houston, TX 77077
Tel: (832) 620-9345

4

EXHIBIT A.

COURT REPORTER'S TRANSCRIPT.

APPELLATE NO. 01-15-00066-CV
TRIAL COURT NO. 1997-48526

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/26/2015 3:09:00 PM
CHRISTOPHER A. PRINE
Clerk

PATRICK OLAJIDE
AKINWAMIDE,
                    Plaintiff

VS.

TRANSPORTATION INSURANCE
COMPANY,
                    Defendant

§  IN THE DISTRICT COURT OF
§
§
§
§
§
§ HARRIS COUNTY, T E X A S
§
§
§
§
§
§ 80TH JUDICIAL DISTRICT


Defendant's Motion for Sanctions/
and Motion to Determine Plaintiff
A Vexatious Litigant
October 24, 2014


Michelle Tucker
Official Court Reporter
80th District Court
Harris County, Texas

Proceedings reported by:  Machine Shorthand √

APPEARANCES:

For the Plaintiff:     Mr. Patrick Olajide Akinwamide
                       Pro Se
                       2151 South Kirkwood Rd., #295
                       Houston, Texas  77077
                       832-620-9345


For the Defendant:     Ms. Lynda Kae Burkhalter
                       SBOT:  24008087
                       J. Diamond and Associates
                       1010 N. San Jacinto
                       Houston,TX 77002
                       713-227-6800


BE IT REMEMBERED that upon this the 24th day of October, 2014, the above-styled and numbered cause came on for Hearing before the Honorable Lawrence Weiman, Judge Presiding of the 80th District Court of Harris County, Texas; and all preliminary matters having been disposed of, the following proceedings were had, viz:

P R O C E E D I N G S:
October 24, 2014

THE COURT: The Court considering the entire history of this file dating back to 1997, and the -- not only all the pleadings contained therein, the Court of Appeals record in the case, the Court finds that the Defendant's motions are meritorious. The motions are granted.

The Court finds that the pleadings filed by the plaintiff, including but not limited to the 81-page filing on August 6, 2014 as part -- entitled Plaintiff's Motion to Set Aside the Final Judgment in Cause No. 97-48526 is void, dismissed. The plaintiff's claim for compensation for lack of jurisdiction under the TWCA and the trial court to proceed with plaintiff's common law causes of action until its final resolution having been filed after numerous final orders and rulings of this court during the past 17 years, including the Court of Appeals mandate that was issued on the very same subject matter on May 16, 2013, it is a frivolous pleading filed in violation of Texas Rule of Civil Procedure 13.

The Court also finds that the pleading is also in violation of Texas Civil Practice and Remedies Code, Section 10.001. The Court finds that the appropriate sanction, including the award of reasonable

attorney's fees to the defendant is $2,500.

The Court also under Section 10.004 is also awarding an additional public sanction against you, Mr. Akinwamide, in the amount of $500. The Court also finds that under Texas Civil Practice and Remedies Code, Section 11.051 and the following sections, including but not limited to Civil Practice and Remedies Code, Section 11.054 finds and does declare you to be a vexatious litigant. And the Court will sign that order.

Do I have an order ready for it to be --

MS. BURKHALTER: I will have to draft it based on what's happened today. I have one from the last hearing that just asked for him to be declared a vexatious litigant. But because you did a show cause hearing and you're setting up for exactly your findings, I didn't draft it, because I thought --

THE COURT: Okay. You can submit the order.

And the Court does find that Mr. Akinwamide has not shown good cause why he should not be determined to be a vexatious litigant, and has not shown good cause as to why he should not be sanctioned; again, under provisions of Texas Rules of Civil Procedure 13 and Section 11 and 11.04, and other relevant sections of the Civil Practice and Remedies Code.

When do you expect to have an order to be

submitted on that?

MS. BURKHALTER: I can have one by Tuesday.

THE COURT: Make sure you send a copy to Mr. Akinwamide regarding the form of the order. And when you submit the Court will enter the order and we are adjourned.

THE STATE OF TEXAS

COUNTY OF HARRIS

I, Michelle Tucker, Official Court Reporter in and for the 80th District Court of Harris County, State of Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record in the above-styled and -numbered cause, all of which occurred in open court or in chambers and were reported by me.

WITNESS MY OFFICIAL HAND this the 26th day of March, 2015.

/s/ Michelle Tucker
MICHELLE TUCKER
Official Court Reporter
80th District Court
201 Caroline, Rm. 915
Houston, Texas 77002
713-368-6090
Texas CSR No. 2827
Expiration date: 12-31-16